JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN VIZCARRA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION HOME BUILDERS, INC., formerly known as SKYLINE HOMES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: ED CV 19-1946-DMG (SPx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE [27]** |

1     IT IS HEREBY ORDERED that the complaint and any and all claims for
2 relief in the above-captioned action as to the individual plaintiff are hereby
3 dismissed with prejudice.  The claims of the putative class are dismissed without
4 prejudice.

6 DATED:  November 9, 2020                 _____
                                                       DOLLY M. GEE
7                                                        UNITED STATES DISTRICT COURT