UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN VIZCARRA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION HOME BUILDERS, INC., formerly known as SKYLINE HOMES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: ED CV 19-1946-DMG (SPx)<br><br>**ORDER APPROVING DISMISSAL OF ACTION WITHOUT PREJUDICE [29]** |

1     Pursuant to the parties' stipulation [Doc. # 29], and good cause appearing,

2     IT IS HEREBY ORDERED that the Court's November 9, 2020 Order for Dismissal of Action complaint is VACATED.

    IT IS FURTHER ORDERED that the above-captioned action is dismissed in its entirety without prejudice.

DATED: November 10, 2020

    /s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE